UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                                                          Case No.  18-14666-BKC-MAM

**CIRILA BARAZORDA,**

                                                                                         Chapter 7

    Debtor.
_____/

**TRUSTEE'S MOTION TO DECLINE DISMISSAL OF CASE,
MOTION TO COMPEL DEBTOR TO FILE MATRIX,
SCHEDULES AND OTHER REQUIRED DOCUMENTS
AND APPEAR AT §341 MEETING**

　　　　　Deborah C. Menotte, Chapter 7 Trustee, files this Motion to Decline Dismissal of Case, Motion to Compel Debtor to File Matrix, Schedules and Other Required Documents and to Appear At §341 Meeting and would respectfully show as follows:

　　　　　1.　　The Debtors filed a Chapter 7 on April 20, 2018.  The case was filed pro se, petition only and without a matrix.

　　　　　2.　　The Clerk issued a Notice of Incomplete Filings [ECF#7] and the debtor was required to file on or before April 27 its creditor matrix.

　　　　　3.　　The Debtor has not filed the creditor matrix.

　　　　　4.　　The §341 Meeting of Creditors was scheduled for May 16, 2018.

　　　　　5.　　 It is customary for a case to be dismissed if case deficiencies are not cured, however, the Trustee requests that this case not be dismissed but rather the debtor be compelled to file complete Schedules, Matrix and other required paperwork.

　　　WHEREFORE, the Chapter 7 Trustee respectfully requests that this case not be dismissed and that the Court enter an order compelling the Debtor to file their Creditor Matrix and Summary of Assets and Liabilities and Certain Statistical Information, Complete Schedules and Statement of Financial Affairs, Declaration and Payment Advices and to attend a §341 Meeting of Creditors.

　　　　　I HEREBY CERTIFY that a true copy of the foregoing has been furnished by

**Regular mail to**: (April 30, 2018)

**Cirila Barazorda,** 4681 Belvedere Road, West Palm Beach, FL 33415
**American Express**, c/o Becket & Lee, P O Box 3001, Malvern, PA 19355-0701
**Capital One Auto Finance**, 4515 N Santa Fe Ave., Dept APS, Oklahoma, OK 73118

**Electronic Mail Notice List:** (April 30, 2018):

- Brian M Guertin    bk@exllegal.com, guertin.brian@yahoo.com
- Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

                              DEBORAH C. MENOTTE, TRUSTEE

                              BY: /s/
                                 Deborah C. Menotte
                                 P. O. Box 211087
                                 W. Palm Beach, FL 33421
                                (561) 795-9640
                               dmenotte@gmail.com