UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                                Case No. 18-14666-MAM
                                                                      Chapter 7
CIRILA BARAZORDA,

    Debtor.
_____/

## TRUSTEE'S MOTION FOR COURT ORDER DENYING DISCHARGE

Deborah C. Menotte, Trustee in Bankruptcy for Cirila Barazorda, by and through undersigned counsel, hereby files this Motion for Court Order Denying Discharge and states:

1. This Chapter 7 case was filed on April 20, 2018. The § 341 Meeting of Creditors has not yet been held.

2. On April 30, 2018, the Trustee filed her *Trustee's Motion to Decline Dismissal of Case, Motion to Compel Debtor to File Matrix, Schedules and Other Required Documents and to Appear At §341Meeting* [ECF #17]. The hearing on the Motion was held on May 29, 2018.

3. On May 31, 2018, after the hearing, the Court entered its *Order Granting Trustee's Motion to Decline Dismissal of Case, Motion to Compel Debtor to File Matrix, Schedules and Other Required Documents and to Appear At §341Meeting* [ECF#25] ("Order"). Pursuant to the Order, the Debtor was to file Schedules of Assets and Liabilities, Declaration Concerning Debtor's Schedules and Statement of Financial Affairs with the Court on or before June 10, 2018.

4. The Order held the Debtor in contempt of court and, in the event that the Debtor failed to file all her bankruptcy documents on or before June 10, 2018, the Court held that the Trustee could file a motion for further contempt and may be entitled to an order finding the Debtor in contempt and to deny the Debtor's discharge, among other relief.

5. On July 16, 2018, the Trustee filed her Motion to Compel Debtor's Compliance with Court Order and for Contempt [ECF#33]. A hearing was held on July

36312679

31, 2018 and the Court entered the Order Granting the Trustee's Motion to Compel Debtor's Compliance with Court Order and for Contempt on August 3, 2018 [ECF#36]. The Order stated that the Court would set a date for the required papers to be filed.

6. On August 15, 2018, Trustee's counsel filed her ExParte Motion for the Court to Set a Deadline for the debtor to Comply with Court Order [ECF#38] and a hearing was held on September 4, 2018. The Court entered the Order Granting Trustee's Ex Parte Motion for Court to Set a Deadline and all required papers were due by September 14, 2018 [ECF#41]. The Court found that in the event the Debtor failed to purge the contempt by filing all of the required bankruptcy papers, after notice and hearing, the Court will enter an order denying the Debtor's discharge.

7. As of the filing of this motion, the Debtor has failed and/or refused to comply with the Order as she has not filed any of the required bankruptcy documents including, but not limited to, her Schedules and Statement of Financial Affairs.

8. It appears to the Trustee that the Debtor is intentionally, willfully, and with disregard for the authority of the Court failing and refusing to comply with the court orders.

9. At this point, the Trustee seeks from the Court an order denying her discharge pursuant to the Court's Order Granting Trustee's Motion to Compel Debtor's Compliance with Court Order and for Contempt. It is the Trustee's position that the Debtor has had every opportunity to fulfill her responsibilities as a debtor in bankruptcy, including two court orders that she has ignored, and that her actions are evidence of willful and deliberate efforts to refuse to comply with orders of the Court.

WHEREFORE, Deborah C. Menotte, Trustee in Bankruptcy for Cirila Barazorda, by and through undersigned counsel, respectfully requests that pursuant to 11 U.S.C. §105 and the Court's Order Granting Trustee's Motion to Compel Debtor's Compliance with Court Order and for Contempt, the Court enter an order denying the Debtor's discharge, and that the Court grant such other and further relief it deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below, and in the manner indicated on this 19th day of September 2018.

GREENSPOON MARDER LLP

MICHAEL R. BAKST, ESQ.
Florida Bar No. 866377
Attorneys for Trustee
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
(561) 838-4543
(561) 514-3443 (fax)
Email: michael.bakst@gmlaw.com

**Electronic Mail Notice List**
Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com
Brian M Guertin    bk@exllegal.com, guertin.brian@yahoo.com
Peter E Lanning    bk@exllegal.com
Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Cirila Barazorda
4681 Belvedere Rd/Haverhill
West Palm Beach, FL 33415

Capital One Auto Finance, a division of Capital One, N.A.,
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

09192018/jdj
29556.0187

36312679