

**ORDERED in the Southern District of Florida on October 16, 2018.**

Mindy A. Mora, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In Re:                                                  **Case No. 18-14666-MAM**
                                                        **Chapter 7**
**CIRILA BARAZORDA,**

    **Debtor.**
_____/

### ORDER DENYING DISCHARGE

THIS MATTER came before the Court in West Palm Beach, Florida, on the 16th day of October 2018 pursuant to *Trustee's Motion for Court Order Denying Discharge* [ECF No. 47], the Court having heard argument of counsel and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.      The Trustee's Motion for Court Order Denying Discharge is granted.

2.      The Debtor's discharge is denied pursuant to 11 U.S.C. § 727.

### ###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
(561) 838-4523
michael.bakst@gmlaw.com

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**
**Electronic Mail Notice List**
Michael R. Bakst    efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gm
law.com;efileu2170@gmlaw.com
Brian M Guertin    bk@exllegal.com, guertin.brian@yahoo.com
Peter E Lanning    bk@exllegal.com
Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Cirila Barazorda
4681 Belvedere Rd/Haverhill
West Palm Beach, FL 33415

Capital One Auto Finance, a division of Capital One, N.A.,
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118